[No. 35679-8-I.   Division One.   December 14, 1995.]

TECHNOLOGY CORRIDOR LAND ASSOCIATES, *Appellant*,
v. MARC BHEND, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 94-2-00270-6, Joseph A. Thibodeau, J., entered November 17, 1994. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Kennedy, A.C.J., and Cox, J.

[No. 36024-8-I.   Division One.   December 14, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL
D. GOINS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 94-1-05541-7, George T. Mattson, J., entered January 26, 1995. *Dismissed* by unpublished per curiam opinion.

[No. 36178-3-I.   Division One.   December 14, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. ABINBOLA
NELLAMS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 94-1-02189-0, Jo Anne Alumbaugh, J., entered January 26, 1995. *Affirmed* by unpublished per curiam opinion.